UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CROCKETT,<br>        Plaintiff,<br>      v.<br>COCA-COLA ENTERPRISES, et al.,<br>        Defendants. | Case No. 15-cv-2009-PJH<br><br>**ORDER RE SERVICE** |

As the court advised plaintiff at the December 3, 2015 case management conference, he must, within 30 days, file with the court a proof of service showing that defendant Coca-Cola Enterprises has been served with process.

The court has reviewed the docket for this case and it appears that the clerk did not issue a summons at the time the complaint was filed.  Accordingly, in order to effectuate proper service on Coca-Cola, plaintiff must arrange for issuance of a summons by the clerk, and both the complaint and the summons must be properly served on Coca-Cola, and the proof of service filed within 30 days.

**IT IS SO ORDERED.**

Dated:  December 4, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge