UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL CROCKETT,

    Plaintiff,

    v.

BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, et al.,

    Defendants.

Case No. 15-cv-2009-PJH

**ORDER OF DISMISSAL**

The parties having entered into a settlement agreement on April 4, 2016; and the settlement agreement having been placed on the record by the court; and plaintiff having agreed to dismiss the case with prejudice, but no separate stipulation of dismissal having been filed; and mail sent to plaintiff at his address of record on April 5, 2016, having been returned to the court on April 18, 2016, as undeliverable; and plaintiff having failed to notify the court of his current address within 60 days of the date the mail was returned, as required by Civil Local Rule 3-11(b), the court hereby ORDERS that this case be DISMISSED.

**IT IS SO ORDERED.**

Dated: July 20, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge